Bobby Saadian, SBN 250377
ADA@wilshirelawfirm.com
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01589-PSG-MRW<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

Plaintiffs, Elia Haggar, Kyo Hak Chu, and Valerie Brooks ("Plaintiffs"), hereby notify the Court that the claims of Plaintiffs have settled on an individual basis on July 10, 2020. A notice of dismissal of Plaintiffs' individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiffs reserve the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: August 18, 2020				Respectfully Submitted,

			*/s/ Thiago M. Coelho*
			Thiago M. Coelho
			Bobby Saadian
			**WILSHIRE LAW FIRM**
			*Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 18, 2020  /s/ *Thiago M. Coelho*
Thiago M. Coelho